IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MONTRELL D. GREEN,

     Petitioner,

v.

SGT. POWE, et al.,

     Respondents.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2094

Opinion filed August 19, 2014.

Amended Petition for Writ of Mandamus -- Original Jurisdiction.

Montrell D. Green, pro se, Petitioner.

No appearance for Respondents.

PER CURIAM.

     DENIED.  See Smartt v. First Union Nat'l Bank, 771 So. 2d 1232 (Fla. 5th DCA 2000).

ROBERTS, MARSTILLER, and SWANSON, JJ., CONCUR.